[761 NYS2d 755]

In the Matter of ANGELO A. RINALDI, an Attorney, Respondent. GRIEVANCE COMMITTEE OF THE FIFTH JUDICIAL DISTRICT, Petitioner.

Fourth Department, May 2, 2003

## APPEARANCES OF COUNSEL

*Anthony J. Gigliotti, Principal Counsel, Fifth Judicial District Grievance Committee*, Syracuse, for petitioner.

*Angelo A. Rinaldi*, Syracuse, respondent pro se.

## OPINION OF THE COURT

Per Curiam.

Respondent was admitted to the practice of law by this Court on January 9, 1992, and maintains an office for the practice of law in Syracuse. The Grievance Committee filed a petition charging respondent with acts of misconduct based upon his repeated failure to comply with attorney registration requirements. Respondent filed an answer admitting the al-

legations of the petition and appeared before this Court and submitted matters in mitigation.

We conclude that respondent violated the following Disciplinary Rules of the Code of Professional Responsibility:

DR 1-102 (a) (5) (22 NYCRR 1200.3 [a] [5])—engaging in conduct that is prejudicial to the administration of justice; and

DR 1-102 (a) (7) (22 NYCRR 1200.3 [a] [7])—engaging in conduct that adversely reflects on his fitness as a lawyer.

Additionally, respondent has violated Judiciary Law § 468-a and Rules of the Chief Administrator of the Courts (22 NYCRR) § 118.1.

We have considered, in mitigation, respondent's expression of extreme remorse and that respondent has satisfied outstanding attorney registration fees. Accordingly, we conclude that respondent should be censured.

PINE, J.P., HURLBUTT, KEHOE, BURNS and HAYES, JJ., concur.

Order of censure entered.